UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO C. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>J. LEECH, et al.,<br><br>    Defendants. | Case No. 24-cv-02990-HSG<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate housed at California State Prison – Corcoran ("CSP") has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. He has named as defendants CDCR Case Records, Stockton Superior Court judge Linda Loftilus, and prison counselors J. Leech, Chastain, and Davis. The complaint alleges that the CDCR has failed to grant Plaintiff parole pursuant to Cal. Penal Code § 1170; that the CDCR counselors have made excuses; and that the superior court has not given the CDCR the amended abstract of judgment. Dkt. No. 1. The events or omissions giving rise to Plaintiff's claim(s) appear to have occurred at CSP, and it appears that the defendants are located in either the city of Corcoran or the city of Stockton. Corcoran is located in Kings County and Stockton is located in San Joaquin County, both of which lie within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in this district. Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

//

//

//

//

//

1  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.
2  § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern
3  District of California.  The Clerk is directed to close the case.
4  **IT IS SO ORDERED.**
5  Dated:    6/25/2024

          _____
          HAYWOOD S. GILLIAM, JR.
          United States District Judge